Maria C. Roberts, State Bar No. 137907
maria.roberts@stokesroberts.com
Peter B. Maretz, State Bar No. 144826
pmaretz@stokesroberts.com
Ronald R. Giusso, State Bar No. 184483
rgiusso@stokesroberts.com
STOKES ROBERTS & WAGNER
600 West Broadway, Suite 1150
San Diego, California 92101
Telephone: (619) 232-4261
Facsimile: (619) 232-4840

Attorneys for 3M COMPANY, a Delaware Corporation

James R. Hawkins. State Bar No. 192925
james@jameshawkinsaplc.com
Gregory E. Mauro. State Bar No. 222239
greg@jameshawkinsaplc.com
Alvin B. Lindsay, State Bar No. 220236
al@jameshawkinsaplc.com
9880 Research Drive, Suite 200
Irvine, California 92618
Telephone: (949) 387-7200
Facsimile: (949) 387-6676

Attorneys for Plaintiffs PHILIP NGUYEN and EFREN MANILA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILIP NGUYEN, EFREN MANILA, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> 3M COMPANY, a Delaware Corporation, and DOES 1 through 100, inclusive, <br><br> Defendant. | CASE NO. 4:10-cv-04064-SBA <br><br> Judge: Hon. Saundra B. Armstrong <br> Action Date: June 18, 2010 <br><br> **STIPULATION BY THE PARTIES AND [PROPOSED] ORDER** |

/ / /

/ / /

/ / /

/ / /

CASE NO. 4:10-cv-04064-SBA
JOINT RULE 26(f) REPORT

4832-1621-3768.1

Plaintiffs PHILIP NGUYEN and EFREN MANILA (collectively, "Plaintiffs") and Defendant 3M COMPANY ("3M"), by and through their counsel of record, hereby stipulate as follows:

1. There is a motion to transfer venue of this action pending before the Northern District of California which has been held in abeyance pending the hearing on the motion to remand the action which is set for hearing on January 11, 2011. This stipulation does not affect the pending motion to transfer venue or the motion to remand the action.

2. Pursuant to the September 10, 2010 Order of Magistrate Judge Laporte, the deadline for the parties to serve their Initial Disclosures and file the Rule 26(f) Report is December 14, 2010. This action has now been assigned for trial to District Judge Armstrong and the Initial Case Management Conference has been continued to January 19, 2011. The parties agree that they shall serve their Initial Disclosures and file the Rule 26(f) report no later than January 12, 2011, a week before the Initial Case Management Conference set for January 19, 2011.

3. Plaintiffs have served First Set of Special Interrogatories and First Set of Document Production Requests on 3M. 3M has served Requests for Production of Documents, Set One on Plaintiff NGUYEN and Requests for Production of Documents, Set One on Plaintiff MANILA and served deposition notices for both Plaintiffs. The deadline for responses to the pending written discovery is December 17, 2010 pursuant to the Federal Rules of Civil Procedure. The parties agree that the deadline to serve written responses and produce documents responsive to the presently pending written discovery shall be extended to January 14, 2011. Service

/ / /

/ / /

1  of the written discovery responses and responsive documents (if any) shall be by
2  personal service or other means calculated to be received no later than close of
3  business on January 14, 2011.

4.  The parties have discussed alternative dates for the depositions of Plaintiff NGUYEN and Plaintiff MANILA.  The parties agree that the depositions of NGUYEN and MANILA shall proceed during either the week of January 24 or the week of January 31, 2011.  The parties shall make reasonable efforts to coordinate the exact dates based upon counsels' and parties' schedules.

IT IS SO STIPULATED.

Dated:  December 15, 2010            JAMES HAWKINS, APLC


                                     By:  /s/ James R. Hawkins
                                          James R. Hawkins
                                          Attorneys for Plaintiffs
                                          PHILIP NGUYEN and EFREN MANILA


Dated:  December 15, 2010            STOKES ROBERTS & WAGNER


                                     By:  /s/ Maria C. Roberts
                                          Maria C. Roberts
                                          Attorneys for Defendant
                                          3M COMPANY

IT IS SO ORDERED.


Dated:  December 27, 2010            By: _____
                                          Hon. Saundra Brown Armstrong
                                          United States District Judge

-3-                              CASE NO. 4:10-cv-04064-SBA
                                 JOINT RULE 26(f) REPORT

4832-1621-3768.1